WEAVER, J.
(concurring). I concur in the result reached by the majority, affirming in part and reversing in part the judgment of the Court of Appeals. I join in parts I, II, and III of the majority opinion.
Under the facts of this case, I believe that no remedy exists for the plaintiffs because MCL 224.20b does not provide for a remedy and no injunctive relief is available inasmuch as the funds at issue in this case have already been expended. No mandamus is available because the city of South Haven is not entitled to receive any of the proceeds of the millage; no court may violate MCL 224.20b and order distribution contrary to the statute. Further, no court may violate MCL 211.24f by ordering funds to be used for a purpose not approved by the voters of Van Burén County.